UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIA SOTO-ZAMUDIO, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>          Defendants. | Case No.: 15-CV-00209-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Lawrence Jones, Layne Stackhouse
Defendants' Attorney: Alicia Donahue

An initial case management conference was held on April 29, 2015. A further case management conference is set for August 26, 2015, at 2:00 p.m. The parties shall file their joint case management statement by August 19, 2015.

The Court will not refer the parties to ADR at this time.

Ms. Stackhouse is ordered to register with this Court's ECF and to file her motion for leave to appear *pro hac vice* in this case by Friday, May 1, 2015.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: December 5, 2015

1

Case No.: 15-CV-00209-LHK
CASE MANAGEMENT ORDER

FACT DISCOVERY CUTOFF: August 8, 2016

EXPERT DISCOVERY:
    Opening Reports: September 19, 2016
    Rebuttal Reports: October 9, 2016
    Close of Expert Discovery: November 10, 2016

DISPOSITIVE MOTIONS shall be filed by December 8, 2016, and set for hearing no later than January 26, 2017 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: March 30, 2017, at 1:30 p.m.

JURY/COURT TRIAL: April 10, 2017, at 9:00 a.m.  Trial is expected to last 12 days.

**IT IS SO ORDERED.**

Dated: April 29, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 15-CV-00209-LHK
CASE MANAGEMENT ORDER