United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GIA SOTO-ZAMUDIO, et al.,

Plaintiffs,

v.

BAYER HEALTHCARE
PHARMACEUTICALS INC., et al.,

Defendants.

Case No. 15-CV-00209-LHK

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

The case management conference, currently scheduled for August 26, 2015, is hereby

CONTINUED to December 2, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties

shall file a joint case management statement by November 25, 2015. The joint case management

statement shall "report[] progress or changes since the last statement was filed and mak[e]

proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

The Court is disappointed that no discovery has taken place other than the parties'

exchange of initial disclosures, which took place before the April 29, 2015 initial case

management conference. There is no stay of discovery, and the Court will not extend the August

8, 2016 fact discovery cutoff.

1

1    **IT IS SO ORDERED.**

2    Dated: August 20, 2015

3    _____

4    LUCY H. KOH
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 15-CV-00209-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

United States District Court
Northern District of California