UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIA SOTO-ZAMUDIO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>　　　　Defendants. | Case No. 15-CV-00209-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney:  Justin Brown
Defendants' Attorneys:  Amir Nassihi, Ina Chang

　　A case management conference was held on December 2, 2015.  A further case management conference is set for March 9, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by March 2, 2016.[1]

　　Pursuant to Defendants' representation that they approved of the filing of Plaintiffs' proposed second amended complaint, the parties shall file by December 4, 2015 a joint stipulation allowing Plaintiffs to file a second amended complaint.

　　The case schedule remains as set.  For the convenience of the parties, the case schedule is

---

[1] If Bayer Pharma AG is served prior to March 9, 2016, Plaintiffs shall contact the Clerk in order to advance the March 9, 2016 case management conference.

1

Case No. 15-CV-00209-LHK
CASE MANAGEMENT ORDER

as follows:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend Pleadings and Add Parties | December 5, 2015 |
| Fact Discovery Cutoff | August 8, 2016 |
| Opening Expert Reports | September 19, 2016 |
| Rebuttal Expert Reports | October 9, 2016 |
| Close of Expert Discovery | November 10, 2016 |
| Last Day to File Dispositive Motions | December 8, 2016 |
| Hearing on Dispositive Motions | January 26, 2017, at 1:30 p.m. |
| Final Pretrial Conference | March 30, 2017, at 1:30 p.m. |
| Jury Trial | April 10, 2017, at 9:00 a.m. |
| Trial Length | 12 days |

**IT IS SO ORDERED.**

Dated:  December 2, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-00209-LHK
CASE MANAGEMENT ORDER