UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIA SOTO-ZAMUDIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No. 15-CV-00209-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER REGARDING DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 71 |

The case management conference, currently set for April 13, 2016, at 2:00 p.m., is hereby CONTINUED to June 29, 2016, at 2:00 p.m. In addition, the Court advises the parties to raise any discovery disputes promptly with Magistrate Judge Nathanael Cousins. The Court will not stay or continue the August 8, 2016 fact discovery cutoff and the November 10, 2016 expert discovery cutoff.

**IT IS SO ORDERED.**

Dated: April 6, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-00209-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER REGARDING DISCOVERY DISPUTES