UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GIA SOTO-ZAMUDIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No. 15-CV-00209-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER REGARDING DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 78 |

The case management conference, currently set for June 29, 2016, at 2:00 p.m., is CONTINUED to September 28, 2016, at 2:00 p.m. In addition, consistent with the Court's April 4, 2016 order regarding discovery disputes, the Court advises the parties to raise any discovery disputes promptly with U.S. Magistrate Judge Nathanael Cousins. The Court will not stay or continue the August 8, 2016 fact discovery cutoff and the November 10, 2016 expert discovery cutoff. For the convenience of the parties, the case schedule is set forth below.

| Scheduled Event | Date |
|---|---|
| Fact Discovery Cutoff | August 8, 2016 |

1

Case No. 15-CV-00209-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER REGARDING DISCOVERY DISPUTES

| | |
|---|---|
| Opening Expert Reports | September 19, 2016 |
| Rebuttal Expert Reports | October 9, 2016 |
| Close of Expert Discovery | November 10, 2016 |
| Last Day to File Dispositive Motions | December 8, 2016 |
| Hearing on Dispositive Motions | January 26, 2017, at 1:30 p.m. |
| Final Pretrial Conference | March 30, 2017, at 1:30 p.m. |
| Jury Trial | April 10, 2017, at 9:00 a.m. |
| Trial Length | 12 days |

**IT IS SO ORDERED.**

Dated: June 24, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-00209-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER REGARDING DISCOVERY DISPUTES